UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:23-CV-00032-EBA

PAUL WHITT,                                                                                          PLAINTIFF,

V.                                            **ORDER**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,                                          DEFENDANT.

*** *** *** ***

Plaintiff's counsel has moved for an extension of thirty days to file a brief in the above-captioned case. [R. 9]. Plaintiff's counsel has indicated that the reason for the extension is that additional time is needed to fully brief the issues surrounding redetermination of entitlement pursuant to 42 U.S.C. § 405(u) and that Defense counsel has no objection to the extension. [*Id.*]. Having reviewed the record and being sufficiently advised,

IT IS ORDERED that the motion for an extension of time [R. 9] is GRANTED. Plaintiff is to file their brief by August 14, 2023.

Signed July 17, 2023.



**Signed By:**
*Edward B. Atkins*  EBA
**United States Magistrate Judge**